UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FORBES IP (HK) LIMITED,

                Plaintiff,

-against-

MEDIA BUSINESS GENERATORS, S.A. DE C.V.,

                Defendant.

23-CV-11168 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      It is hereby ORDERED that Respondent's opposition to the Petition for Injunctive Relief in Aid of Arbitration, ECF No. 1, shall be filed by **January 12, 2024**. Petitioner's reply in support of their petition shall be filed by **January 19, 2024**. Counsel who have entered a notice of appearance as of the issuance of this order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this Order, and (2) to file proof of such notice with the Court. If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this Order to that party personally.

Dated: January 3, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*

                                        JESSICA G. L. CLARKE
                                        United States District Judge