UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FORBES IP (HK) LIMITED,

                Petitioner,

-against-

MEDIA BUSINESS GENERATORS, S.A. DE C.V.,

                Respondent.

23-CV-11168 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    The Court received a phone call from Petitioner this afternoon regarding the briefing schedule, stating that Petitioner's moving papers have not yet been filed. As such, Petitioner is directed to file their moving papers. Respondent's opposition shall be filed two weeks after the moving papers are filed, and Petitioner's reply shall be filed one week after the opposition. This briefing schedule supersedes that in ECF No. 5. For any future correspondence with the Court, Petitioner is directed to file a letter on ECF rather than calling the Court.

    Counsel who have entered a notice of appearance as of the issuance of this order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this Order, and (2) to file proof of such notice with the Court. If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this Order to that party personally.

Dated: January 4, 2024
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge