# Exhibit D

**TRIBUNAL SUPERIOR DE JUSTICIA DE LA CIUDAD DE MÉXICO**
*"2024, Año de Felipe Carrillo Puerto, Benemérito del Proletariado, Revolucionario y Defensor del Mayab"*
**Quincuagésimo De Lo Civil**

EXP. 1334/2023

**Ciudad de México, a diez de enero de dos mil veinticuatro.**

**A sus autos la impresión d**el escrito digital de cuenta de la parte actora, por medio del cual se le tiene exhibiendo la impresión de la póliza de fianza número 2877533 expedida por SOFIMEX, INSTITUCIÓN DE GARANTÍAS, S.A., de la cual se constató digitalmente su existencia, para garantizar por la actora los posibles daños y perjuicios que pudieran ocasionarse por las Medidas Cautelares decretadas en contra de **FORBES IP (HK) LIMITED y DREAMS ENGINE, S.A. DE C.V.**, guárdense en el seguro del juzgado dicho documento, por lo que dichas medidas siguen surtiendo efectos, y consecuentemente dese cumplimiento a lo ordenado en auto de fecha doce de diciembre de dos mil veintitrés, para los efectos legales a que haya lugar.- **NOTIFÍQUESE. LO PROVEYÓ Y FIRMA EN FORMA ELECTRÓNICA CERTIFICADA CONFORME AL ARTICULO 59 DE LA LEY ORGÁNICA DEL PODER JUDICIAL DE LA CIUDAD DE MÉXICO, EL C. JUEZ INTERINO QUINCUAGÉSIMO CIVIL DE PROCESO ESCRITO EN LA CIUDAD DE MÉXICO, LICENCIADO SALVADOR COVARRUBIAS TORO, ANTE LA C. SECRETARIA DE ACUERDOS, LICENCIADA CYNTHIA NAVARRO RUBALCAVA, QUE AUTORIZA, FIRMA DEL MISMO MODO Y DA FE. DOY FE.-**



En el *Boletín Judicial* No. ___6___ correspondiente al día ___15___ de ___Enero___ de ___2024___ se hizo la publicación de Ley.— Conste.
El ___16___ de ___Enero___ del ___2024___, surtió efectos la notificación anterior.— Conste.

SIGJ plantilla v 3.0             Página 1 de 1

[emblem]  [handwritten:] *136*
**JUDICIARY**
MEXICO CITY

## SUPERIOR COURT OF JUSTICE OF MEXICO CITY
*"2024, YEAR OF FELIPE CARRILLO PUERTO, MERITORIOUS MEMBER OF THE PROLETARIAT, REVOLUTIONARY AND DEFENDER OF THE MAYAB"*
### FIFTIETH CIVIL COURT

**FILE 1334/2023**

**Mexico City, on January tenth, two thousand twenty-four.**

**For its records, the print-out** of the plaintiff's digital account document, through which it has presented the print-out of surety policy number 2877533 issued by SOFIMEX, INSTITUCION DE GARANTIAS, S.A., from which its existence was digitally verified, to guarantee for the plaintiff the possible damages and losses that could be caused by the Precautionary Measures decreed against **FORBES IP (HK) LIMITED and DREAMS ENGINE, S.A. DE C.V.**, said document to be maintained for safekeeping at the court, whereby said measures continue to deploy their effects, and consequently the order issued in the records on December twelfth, two thousand twenty-three shall be complied with, for the applicable legal purposes.- **IT SHALL BE NOTIFIED. IT WAS ORDERED AND SIGNED IN ELECTRONIC CERTIFIED FORM IN ACCORDANCE WITH THE ORGANIC LAW OF THE JUDICIARY OF MEXICO CITY BY THE HONORABLE INTERIM JUDGE OF THE FIFTIETH CIVIL TRIAL COURT, WRITTEN IN MEXICO CITY, MR. SALVADOR COVARRUBIAS TORO, BEFORE THE HONORABLE SECRETARIAT OF RESOLUTIONS, MS. CYNTHIA NAVARRO RUBALCAVA, WHO AUTHORIZES, SIGNS IN THE SAME MANNER AND ATTESTS. I ATTEST.-**

[stamp:] [ILLEGIBLE]

[right margin:] SALVADOR COVARRUBIAS TORO   06/25/25 10:09:21 a.m.   CYNTHIA NAVARRO RUBALCAVA   06/24/25 12:37:09 a.m.
706a63646d783230303032393230                706a63646d783230303032393039

[ILLEGIBLE] electronic SIGJ/TSJCDMX – Fiftieth    In Judicial Bulletin No. 6 corresponding to the 15th day of
[ILLEGIBLE] Civil | 1334/2023-2 | CINAVARROR |    January, 2024, the publication of Law was made.- Let it be recorded.
01/24/12 1:33:20 p.m. | SCOVARRUBIAST |   [barcode]   On January 16, 2024, the above notification took effect.- Let it be recorded.
01/24/12 11:11:20 a.m. | FP: 01/15/2024 | NAS:
01-6610-3811-3419-724 | 1705079414157 – SIGJ
SJCDMX – V2

SIGJ template v 3.0        Page 1 of 1

Scanned with CamScanner



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Acuerdo Exhibición Garantía**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Jacqueline Yorke

Sworn to before me this
February 5, 2024

_____
Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE