UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FORBES IP (HK) LIMITED,<br><br>                  Plaintiff,<br><br>-against-<br><br>MEDIA BUSINESS GENERATORS, S.A. DE C.V.,<br><br>                  Defendant. | 23-CV-11168 (JGLC)<br><br>**<u>ORDER</u>** |

JESSICA G. L. CLARKE, United States District Judge:

      The parties are directed to file a joint status letter by **June 7, 2024**. The letter shall describe Respondent's compliance with the Court's Order at ECF No. 32, state whether the parties have moved forward with arbitration, and state whether there are any other matters left to be resolved in this case.

Dated: May 9, 2024
       New York, New York

                                                          SO ORDERED.

                                                          *Jessica Clarke*

                                                          JESSICA G. L. CLARKE
                                                          United States District Judge